IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA GROTHAUS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF EDUCATION OF EAST ALTON ) <br> ELEMENTARY DISTRICT NUMBER 13, ) <br> ) <br> Defendant. ) | Case No. 3:04-cv-713-DRH |

## ORDER

This matter is before the Court on two discovery disputes between the parties. The parties dispute, (1) Defendant's Answer to Plaintiff's Interrogatory #19 regarding files of similarly situated employees, (2) and whether the of recording of the March 2004 executive session of the Board of Education of East Alton Elementary School Number 13 is subject to discovery. A telephonic conference was held regarding the discovery disputes on September 8, 2005. Christopher Grant appeared for the plaintiff. Martin Haxel appeared for the defendant. The Court took the discovery disputes under advisement.

The Court rules as follows:

### DEFENDANT'S ANSWER TO PLAINTIFF'S INTERROGATORY #19

Plaintiff has claimed that the asserted reason for her firing was a pretext. This Court is of the opinion that where the plaintiff is required to demonstrate pretext, discovery of personnel files have customarily been allowed to show disparity of treatment of similarly situated employees. See Coughlin v. Lee, 946 F.2d 1152, 1159 (5th Cir. 1991). The Court overrules Defendant's objection to Plaintiff's Interrogatory #19. Defendant is Ordered to provide the

Plaintiff with the information requested.  The Court further instructs the parties to execute a confidentiality agreement regarding the files of similarly situated employees.

### RECORDING OF THE MARCH 2004 EXECUTIVE SESSION

Regarding the issue of whether the tape recorded executive session of March 2004 is subject to discovery, the Court Orders the Defendant to produce the recording and a transcript of the March 2004 executive session for an *in camera* review by the Court by September 19, 2005. The Court will rule on the issue of whether any portion of this recorded session is subject to discovery after its *in camera* review.

**DATED: September 12, 2005.**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
