UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**CYNTHIA GROTHAUS**

    **Plaintiff,**

vs.

**BOARD OF EDUCATION OF EAST
ALTON ELEMENTARY DISTRICT
NUMBER 13,**

    **Defendant.**   Case No. 04-CV-713-DRH

### ORDER

**HERNDON, District Judge:**

This matter is before the Court on Plaintiff's Motion for Extension of Time to File a Opposition and Related Documents in Response to Defendant's Motion for Summary Judgment. (Doc. 41.) After careful consideration of the motion and the record in this case, and as this motion is unopposed, the Court hereby **GRANTS** Plaintiff's motion. As such, Plaintiff has up and until Monday, December 12, 2005, in which to file her opposition to Defendant's Motion for Summary Judgment.

    **IT IS SO ORDERED.**

    **Signed this 17th day of November, 2005.**

    /s/         David RHerndon
**United States District Judge**