UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CYNTHIA GROTHAUS,** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| vs. ) | No. 04-CV-713-DRH |
| ) | |
| **BOARD OF EDUCATION OF EAST ALTON** ) | |
| **ELEMENTARY DISTRICT NO. 13.,** ) | |
| ) | |
| **Defendant(s).** ) | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This   30th   day of   November , 2005.

　　　　　　　　　　　　　　　　/s/　　　　　　　　　David R Herndon
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**